FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BATTELLE MEMORIAL INSTITUTE, an Ohio non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY INTEGRATION GROUP, INC., a New York corporation,<br><br>Defendant, Third Party Plaintiff.<br><br>v.<br><br>MOTIVAIR CORPORATION GROUP, INC., a New York corporation,<br><br>Third Party Defendant. | No.  4:15-CV-5035-SMJ<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On October 18, 2016, the parties filed a Stipulation of Dismissal With Prejudice, ECF No. 52. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 52**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER **-** 1

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of October 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge